IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 07-cv-00766-LTB-CBS

CARL N. O'DONNELL,

      Plaintiff,

v.

ARI ZAVARAS, Executive Director of Prisons, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO, JOHN SUTHERS,

      Defendants.
_____

**ORDER**
_____

This case is before me on the Recommendation of the Magistrate Judge that Applicant's Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. Section 2254 (Doc 2) be denied and the action dismissed with prejudice. Applicant has now filed specific and timely objections to the Magistrate Judge's recommendation coupled with his motion to either stay the action or dismiss it without prejudice. I have reviewed the objections to the recommendation *de novo* in light of the file and record in this case. On *de novo* review, I conclude that the recommendation is correct in all respects. Having concluded that the recommendation is correct in all respects, I discern no basis to either stay the action or dismiss without prejudice. Of course, Applicant may seek appellate review before the Tenth Circuit Court of Appeals.

      Accordingly

IT IS ORDERED that Applicant's 28 U.S.C. Section 2254 Petition (Doc 2) is DENIED and the above action is DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that Applicant's Motion in the Alternative to Stay the Action or Dismiss Without Prejudice (Doc 17) is DENIED.

BY THE COURT:

    s/Lewis T. Babcock
Lewis T. Babcock, Judge

DATED: January 17, 2008